**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **11−36997−KLP**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 11/2/11 and was converted to a case under chapter 7 on 4/17/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Linda Poe
128 S. Sycamore Street Apt. 602
Petersburg, VA 23803

| | |
|---|---|
| Case Number: 11−36997−KLP<br>Office Code: 3 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−8414 |
| Attorney for Debtor(s) (name and address):<br>Linda D. Jennings<br>America Law Group, Inc.<br>d/b/a The Debt Law Group<br>2312 Boulevard<br>Colonial Heights, VA 23834<br>Telephone number: (804) 520−2428 | Bankruptcy Trustee (name and address):<br>Lynn L. Tavenner<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219<br>Telephone number: (804) 783−8300 |

### Meeting of Creditors:
Date: **5/19/14**     Time: **02:00 PM**
Location: **Office of the U.S. Trustee, 701 East Broad Street − Suite 4300, Richmond, VA 23219−1885**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**7/18/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24−hour case information:**<br>Toll Free 1−866−222−8029 | Date: April 21, 2014 |

## EXPLANATIONS  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.  *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.
**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.
*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                            United States Bankruptcy Court
                              Eastern District of Virginia
In re:                                                                  Case No. 11-36997-KLP
Linda Poe                                                               Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0422-7           User: jonesd                 Page 1 of 2                  Date Rcvd: Apr 21, 2014
                               Form ID: B9A                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2014.
db           +Linda Poe,   128 S. Sycamore Street Apt. 602,   Petersburg, VA 23803-4248
11042064      Check Into Cash,   PO Box 550,   Cleveland, TN 37364-0550
10788704     +Check into Cash,   3600 S Crater Road,   Petersburg, VA 23805-9232
10788705     +Citbk/avenue,   Po Box 2974,   Shawnee Mission, KS 66201-1374
10788706     +Consolidated Credit Counseling,   5701 W. Sunrise Blvd,   Fort Lauderdale, FL 33313-6200
10828984     +Express Check Advance, LLC,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
10788708     +Fast Auto Loans, Inc,   3030 South Crater Rd,   Petersburg, VA 23805-9221
11572071     +Fast Auto Loans, Inc.,   c/o The Salkin Law Firm, P.A.,   1776 N. Pine Island Road, Suite 218,
               Plantation, FL 33322-5223
10788709     +Fcnb Mstr Tr,   P.o. Box 3412,   Omaha, NE 68197-0001
10788710     +First Virginia,   7001 Post Road Suite 300,   Dublin, OH 43016-8066
10788711     +First Virginia Financial Serv.,   3219 Crater Road Ste C,   Petersburg, VA 23805-9286
10788712     +Fredericksburg Credit Bureau,   10506 Wakeman Dr,   Fredericksburg, VA 22407-8040
11041992     +HSBC Bank Nevada,   N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907
10788716     +Hudson Law,   324 South Main Street,   Emporia, VA 23847-2028
10788717     +Jeffrey Zuravleff MD,   2807 N Parham Rd,   Suite 100,   Henrico, VA 23294-4410
10788718     +MCI,   PO Box 3002,   Phoenixville, PA 19460-3002
10788719     +Michael O. Hughes, Ocularist,   307 Maple Ave, West, Suite B,   Vienna, VA 22180-4307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: ldjennings.legal@gmail.com Apr 22 2014 03:19:52      Linda D. Jennings,
               America Law Group, Inc.,   d/b/a The Debt Law Group,   2312 Boulevard,
               Colonial Heights, VA  23834
tr           +EDI: QLLTAVENNER.COM Apr 22 2014 02:28:00      Lynn L. Tavenner,
               20 North Eighth Street, Second Floor,   Richmond, VA 23219-3302
cr           +EDI: PRA.COM Apr 22 2014 02:28:00      Pra Receivables Management, Llc As Agent Of Portfo,
               POB 41067,   Norfolk, Va 23541-1067
10788702     +Fax: 864-336-7400 Apr 22 2014 04:09:22      Advance America,   2014 Boulevard,
               Colonial Heights, VA 23834-2310
10906239     +EDI: OPHSUBSID.COM Apr 22 2014 02:28:00      CANDICA, LLC,   C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
10788703     +EDI: CAPITALONE.COM Apr 22 2014 02:28:00      Capital One, N.a.,   Capital One Bank (USA) N.A.,
               Po Box 30285,   Salt Lake City, UT 84130-0285
10788707     +E-mail/Text: bankruptcynotices@advanceamerica.net Apr 22 2014 03:21:13      Express Check Advance,
               2048 S Sycamore Street,   Petersburg, VA 23805-2727
10788714     +EDI: RMSC.COM Apr 22 2014 02:28:00      Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
10788713     +EDI: RMSC.COM Apr 22 2014 02:28:00      Gemb/chevron,   Attention: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
10788715     +EDI: HFC.COM Apr 22 2014 02:28:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
               Carol Stream, IL 60197-5213
10991312      EDI: PRA.COM Apr 22 2014 02:28:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk VA 23541
11754441     +EDI: PRA.COM Apr 22 2014 02:28:00      PRA Receivables Management, LLC,   POB 41067,
               Norfolk, VA 23541-1067
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10818290*    +Fredericksburg Credit Bureau, Inc.,   10506 Wakeman Drive,   Fredericksburg, VA 22407-8040
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 0422-7          User: jonesd              Page 2 of 2              Date Rcvd: Apr 21, 2014
                              Form ID: B9A              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2014 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Linda D. Jennings    on behalf of Debtor Linda  Poe ldjennings.legal@gmail.com,
               thedebtlawgroupmail@gmail.com,chadesimmons.legal@gmail.com,DLGHearings@gmail.com
              Lynn L. Tavenner    ltavenner@tb-lawfirm.com,  ltavenner@ecf.epiqsystems.com;jwolf@tb-lawfirm.com
                                                                                                 TOTAL: 3
```